IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR PARNELL, III,<br><br>    Plaintiff,<br>v.<br><br>A. TUCKER, et al.,<br><br>    Defendants. | No. 06-7662 SBA (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SCREEN COMPLAINT PURSUANT TO 28 U.S.C. § 1915A**<br><br>(Docket no. 6) |

    Plaintiff Arthur Parnell, III, a state prisoner incarcerated at Salinas Valley State Prison, has filed this civil rights action under 42 U.S.C. § 1983. Venue is proper because the events giving rise to the action occurred at Salinas Valley State Prison, which is located in this judicial district. See 28 U.S.C. § 1391(b)(2).

    Before the Court is Plaintiff's "Motion to Compel under Rule 1915A(a)" (docket no. 6). The Court will construe Plaintiff's motion as a request for the Court to screen the complaint under 28 U.S.C. § 1915A.

    Plaintiff's motion to screen the complaint is GRANTED. The Court will conduct its initial review of the complaint pursuant to 28 U.S.C. § 1915A in a separate written Order.

    This Order terminates Docket no. 6.

    IT IS SO ORDERED.

DATED: 12/11/07

                                                                                                       SAUNDRA BROWN ARMSTRONG<br>
                                                                                                       United States District Judge

P:\PRO-SE\SBA\CR.06\Parnell7662.screen.frm

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTHUR PARNELL III,

    Plaintiff,

v.

A. TUCKER et al,

    Defendant.

Case Number: CV06-07662 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arthur Parnell T50222
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: December 13, 2007

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk